# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK THOMAS GEORGANTAS, A/K/A
MARK GEORGANTIS,
                 Appellant,
         vs.
THE STATE OF NEVADA,
                 Respondent.

No. 78504

**FILED**

APR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reduction of bail.[1] Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reduction of bail, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.[2]

_____, J.
     Pickering

_____, J.
     Parraguirre

_____, J.
     Cadish

---

[1]It appears that on April 4, 2016, the district court orally denied appellant's "motion to place on calendar for emergency motion for bail."

[2]The guilty plea agreement was entered on October 25, 2017, and sentencing is set for April 17, 2019.

19-17552

cc: Hon. Stefany Miley, District Judge
Mark Thomas Georgantas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Cesar V. Almase

SUPREME COURT
OF
NEVADA

(O) 1947A